1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONALD CRAWFORD,

11           Plaintiff,                    No. CIV S-07-2496 JAM EFB PS

12       vs.

13   MR. PARSON, MR. GLEASON, and
     WELLS FARGO BANK,

14

           Defendants.                     ORDER

15   _____/

16           On May 28, 2008, the magistrate judge filed findings and recommendations herein

17   which were served on the parties and which contained notice that any objections to the findings

18   and recommendations were to be filed within ten days.  No objections were filed.

19           Accordingly, the court presumes any findings of fact are correct.  See Orland v.

20   United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are

21   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

22   1983).

23           The court has reviewed the applicable legal standards and, good cause appearing,

24   concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

25   \\\\\

26   \\\\\

1

1        Accordingly, IT IS ORDERED that:

2        1.  The proposed Findings and Recommendations filed May 28, 2008, are

3 ADOPTED; and

4        2. This action is dismissed without prejudice; and,

5        3.  The Clerk is directed to close the case.  See Fed. R. Civ. P. 41(b); Local Rule

6 11-110.

7 DATED: 9/26/2008

8

9                  /s/ John A. Mendez

10              UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2